IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON AND VALDOSTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | Case Number 5:08-CR-40-HL |
| vs. : | |
| : | |
| GEORGE BESSONETTE : | |
| Defendant, et al. : | |

_____

## Order of Dismissal Without Prejudice

For good cause shown and with the agreement of the defendant and his counsel, all charges against defendant George Bessonette are hereby dismissed without prejudice.

Count one charges defendant Bessonette (together with Judge Berrien Sutton, Lisa Sutton and Judge Brooks Blitch) with a conspiracy to commit Honest Services Fraud, 18 U.S.C. § 1341; Count 15 charges perjury before the grand jury, 18 U.S.C. § 1621; and Count 16 charges him with making false statements to the F.B.I., 18 U.S.C. § 1001.

The government, joined by the defendant, has moved to dismiss the charges without prejudice. The reason for the dismissal is that the defendant is cooperating with the government and will enter, upon the Court's acceptance of this motion, a written pre-trial diversion agreement with the United States Attorney's Office and the United States Probation Office.

SO ORDERED THIS 8th day of December, 2008.

*s/ Hugh Lawson*
HUGH LAWSON, CHIEF JUDGE
U. S. DISTRICT COURT