## IN THE UNITED STATES DISTRICT COURT FOR THE
## MIDDLE DISTRICT OF GEORGIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** | : |
| | : |
| vs. | : CASE NO.:   5:08-CR-40 |
| | : |
| **GEORGE BESSONETTE,** | : |
| | : |

### ORDER

The Motion to Dismiss Indictment as to the above-named defendant having been read and considered, the Indictment is hereby dismissed WITH PREJUDICE, this 9th day of March, 2010.


    *s/  Hugh Lawson*
HUGH LAWSON